```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TANYA s. CRAWFORD,

           Plaintiff,

    - against -

VISTA EDA GROUP LLC,

           Defendant.

---

**ORDER**

7:25-cv-07618-NSR

Nelson S. Román, District Court Judge:

    The Court having been informed that the the Parties have reached a settlement in principle, it is hereby

    ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof. The Parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

    In the event that the Parties are unable to memorialize a written settlement agreement within 45 days, the Court will re-open the case and Defendant's deadline to respond to Plaintiff's Complaint will be extended. The Clerk of Court is kindly directed to terminate the motion at ECF No. 9.

    Dated: November 20, 2025
    White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.